166 ARCHER AVE. Co., LLC, Appellant, v NEW YORK CITY HEALTH AND HOSPITALS CORPORATION, Respondent.

Submitted July 6, 2010; decided September 21, 2010

Motion for leave to appeal dismissed upon the ground that it does not lie from the Appellate Division order, appellant having previously moved in the Court of Appeals for leave to appeal (12 NY3d 848 [2009]) from the same Appellate Division order from which it currently seeks leave to appeal (see Stoyle v Schaub, 93 NY2d 884 [1999]).

RALPH OYAGUE, Appellant, v INCORPORATED VILLAGE OF MALVERNE et al., Respondents.

Submitted July 26, 2010; decided September 21, 2010

On the Court's own motion, appeal dismissed, without costs, upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution. Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMEL BLACK, Appellant.

Submitted September 13, 2010; decided September 21, 2010

Motion by New York Civil Liberties Union et al. for leave to appear amici curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.